E-filing

RECEIVED
06 JUL 14 PM 1:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Denis F. Shanagher, State Bar No. 100222
William L. Marchant, State Bar No. 154445
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:   dshanagher@luce.com
          wmarchant@luce.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION, OPUS WEST CORPORATION AND OPUS ARCHITECTS & ENGINEERS, INC, <br><br> Plaintiffs, <br><br> v. <br><br> THE LFI GROUP, INC. dba THE OPUS REALTY GROUP AND ELDON CHAN, <br><br> Defendants. | Case No. C 06 2932 SI <br><br> **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1)** |

The parties previously stipulated that defendants The LFI Group, Inc. dba The Opus Realty Group and Eldon Chan ("Defendants") could have until Friday, July 14, 2006 to respond to the complaint on file in this action. The parties are still discussing settlement, but need additional time to resolve this matter. Therefore, pursuant to Local Rule 6-1(a) Plaintiffs stipulate that Defendants have an additional fourteen (14) days to respond to the complaint on file in this action.

/ / /

Defendants' response will now be due on Friday, July 28, 2006.

DATED: July 12, 2006

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
William L. Marchant, Attorneys for Plaintiffs

DATED: July 14, 2006

LOBB & CLIFF, LLP

By: _____
Robert J. Mitchell, Attorneys for Defendants

202605.1

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2

Second Stipulation to Extend Time to Respond to Complaint