1  Denis F. Shanagher, State Bar No. 100222
   William L. Marchant, State Bar No. 154445
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Telephone No.: 415.356.4600
4  Fax No.: 415.356.4610
   E-Mail:   dshanagher@luce.com
5            wmarchant@luce.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | OPUS NORTHWEST CONSTRUCTION        | Case No. C 06 2932 SI
   | CORPORATION, OPUS WEST             |
12 | CORPORATION AND OPUS               |
   | ARCHITECTS & ENGINEERS, INC,       | STIPULATION TO CONTINUE
13 |                                    | AUGUST 4, 2006 CASE
   |                                    | MANAGEMENT CONFERENCE
14 |        Plaintiffs,                 |
   |                                    | Date: August 4, 2006
15 | v.                                 | Time: 2:00 p.m.
   |                                    | Dept.: 10
16 | THE LFI GROUP, INC. dba THE OPUS   |
   | REALTY GROUP AND ELDON CHAN,       |
17 |                                    |
   |        Defendants.                 |
18

19     The Case Management Conference is scheduled for this Friday, August 4, 2006 at

20 2:00 p.m. The parties have entered into a stipulation that defendants The LFI Group, Inc.

21 dba The Opus Realty Group and Eldon Chan ("Defendants") could have until Friday,

22 August 11, 2006 to respond to the complaint on file in this action. The parties are close to

23 reaching a settlement, but need additional time to resolve this matter.

24 / / /

25

26

27

28

---
1

STIPULATION TO CONTINUE AUGUST 4, 2006 CASE MANAGEMENT CONFERENCE

1  For these reasons, the parties respectfully request that the Court postpone the Case
2  Management Conference to allow the parties time to conclude settlement negotiations.

4  DATED: August 1, 2006          LUCE, FORWARD, HAMILTON & SCRIPPS LLP


6                                  By:   /s/
7                                       William L. Marchant, Attorneys for Plaintiffs


9  DATED: August 1, 2006          LOBB & CLIFF, LLP

11                                 By: _____
12                                      Robert J. Mitchell, Attorneys for Defendants

203747.1

    A FURTHER CASE MANAGEMENT CONFERENCE is set for 91/106 at 2:30 p.m.

    Dated: 8/3/06

**IT IS SO ORDERED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO CONTINUE AUGUST 4, 2006 CASE MANAGEMENT CONFERENCE