Denis F. Shanagher, State Bar No. 100222
William L. Marchant, State Bar No. 154445
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:   dshanagher@luce.com
          wmarchant@luce.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPUS NORTHWEST CONSTRUCTION CORPORATION, OPUS WEST CORPORATION AND OPUS ARCHITECTS & ENGINEERS, INC,<br><br>Plaintiffs,<br><br>v.<br><br>THE LFI GROUP, INC. dba THE OPUS REALTY GROUP AND ELDON CHAN,<br><br>Defendants. | Case No. C 06 2932 SI<br><br>**JOINT STATUS CONFERENCE STATEMENT AND REQUEST TO CONTINUE OCTOBER 27, 2006 CASE MANAGEMENT CONFERENCE**<br><br>Date: October 27, 2006<br>Time: 2:30 p.m.<br>Dept.: 10 |

The Case Management Conference is scheduled for this Friday, October 27, 2006 at 2:00 p.m. The parties have agreed in principle to a settlement. Plaintiffs send defendants a draft settlement agreement on Friday, October 20, 2006, and defendants are in the process of reviewing and approving that agreement.

Thus, the parties are close to reaching a settlement, but need additional time to resolve this matter.

/ / /

1

Case No. C 06 2932 SI
Joint Status Conference Statement and Request to
Continue October 27, 2006 Case Management
Conference

For these reasons, the parties respectfully request that the Court postpone the Case Management Conference to allow the parties to finish their Settlement Agreement.

DATED: October 25, 2006     LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: _____/s/_____
    William L. Marchant, Attorneys for Plaintiffs


DATED: October 25, 2006     LOBB & CLIFF, LLP


By: _____
    Robert J. Mitchell, Attorneys for Defendants

208274.1

The case management conference is continued to 12/15/06 @ 2:30 p.m. A joint case management conference statement is due one week prior to the conference.

**IT IS SO ORDERED**
*Judge Susan Illston*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Case No. C 06 2932 SI
Joint Status Conference Statement and Request to Continue October 27, 2006 Case Management Conference